# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 5, 2006

Clifford W. Taylor,
Chief Justice

129798

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                              SC: 129798
                                              COA: 263654
                                              Wayne CC: 03-013371

JOHNETTA SULLIVAN,
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 5, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



l0329

     I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 5, 2006

_____
Clerk